**FILED**

OCT 2 1 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:09-CV-01428-LJO-DLB |
| Plaintiff, ) | ~~(PROPOSED)~~ **JUDGMENT** |
| v. ) | [F.R.C.P. 55(b)(1)] |
| DANIEL A. REYES, D.C., ) | |
| Defendant. ) | |

    The Clerk of Court, having entered the default of defendant Daniel A. Reyes, D.C., on September 11, 2009, pursuant to Fed. R. Civ. P. 55(a), and having determined from plaintiff the United States of America's Application for Default Judgment by Clerk with its supporting declarations, that Plaintiff's claim is for a sum certain or a sum that can be made certain by computation, and that Defendant is neither a minor, incompetent or member in the military service, hereby ENTERS judgment as follows:

    1. Plaintiff the United States of America shall have judgment against defendant Daniel A. Reyes, D.C. in the sum of $61,253.48, representing $55,013.86 in unpaid contract damages, $671.12 in unpaid interest pursuant to a contract interest rate and $5,568.50 assessed as a surcharge for recovery of litigation and enforcement costs pursuant to 28 U.S.C. § 3011(a); and

(Proposed) Judgment

1. 2. Until the judgment is paid in full, interest shall ACCRUE at the contract rate, currently 3.25 interest per annum, or $4.90 daily.

DATED: ~~September~~ *October* 21, 2009

VICTORIA C. MINOR
CLERK OF THE COURT

By: _____
Deputy Clerk